| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ALYAN INC. d/b/a §
Stop N Drive, §
　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:10-CV-758
　　　　　　　　　　　　§
ALLSTATE INSURANCE §
COMPANY, ET AL., §
　　　　　　　　　　　　§
　　　　Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 29, 2010. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment without prejudice as to plaintiff's claims against defendant Hartford Steam Boiler Inspection and Insurance Company pursuant to the plaintiff's stipulation of dismissal.

The magistrate judge's report is hereby **ADOPTED**.

Partial final judgment dismissing defendant Hartford Steam Boiler Inspection and Insurance Company will be entered separately. The action will, however, remain pending with regard to plaintiff's claims against defendant Allstate Insurance Company.

SIGNED at Beaumont, Texas, this 30th day of April, 2011.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE